PEOPLE v. RATHBONE.

(Supreme Court, General Term, Third Department. February 12, 1895.)

Appeal from special term, Albany county.
Action by the people of the state of New York against William F. Rathbone to forfeit the office of notary public, held by defendant. A demurrer to the complaint was overruled (32 N. Y. Supp. 108), and defendant appeals.
Argued before MAYHAM, P. J., and PUTNAM, J.

Lewis E. Carr, for appellant.
Theodore E. Hancock, Atty. Gen., for the People.

No opinion. Order and judgment affirmed, but without costs, and with leave to the defendant to withdraw said demurrer and answer within 20 days.